JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAFNY ARIAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LTF CLUB MANAGEMENT CO, LLC, a Delaware Limited Liability Company; LEAH VELASQUEZ, an individual; and DOES 1 through 50,<br><br>Defendants.. | CASE NO. 8:26-cv-01358-DOC-JDEx<br><br>**ORDER REMANDING THE ACTION TO STATE COURT AND DISMISSING INDIVIDUAL DEFENDANT LEAH VELASQUEZ [16]** |

**ORDER**

On August 24, 2026, the Parties by and through their counsel of record, attended the Initial Scheduling Conference, located at 411 W. 4th St., Santa Ana, California 92701, in Courtroom 10A. For good cause, based on the Parties' representations at the Initial Scheduling Conference, and the Joint Stipulation re: Remanding the action to State Court and Dismissing Individual Defendant Leah Velasquez, the Court hereby ORDERS:

1. Defendant Leah Velasquez is dismissed without prejudice;

2. This Action Remanded to Orange County Superior Court for the State of California; and

3. Each side bears her and/or its own costs associated with the dismissal of Ms. Velasquez and the Remand.

DATED: August 26, 2026

David O. Carter

Honorable David O. Carter
United States District Court